**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

    **vs.**　　　　　　　　　　　　　　　　　**CASE NO.: 3:99-CR-325-01(HL)**

**JOSE GILBERTO SERRANO-GOYCO**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION REQUESTING MODIFICATION OF CONDITIONS**

TO THE HONORABLE HECTOR M. LAFFITTE
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, JEFFREY SEMIDEY-ACOSTA, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, José Serrano-Goyco, who on January 31, 2002, was sentenced to a sixty-three (63) month imprisonment term to be followed by a four (4) year supervised release term after he plead guilty of violating Title 21 U.S.C. Section 841(a)(1). As special conditions, he was ordered to submit to urinalysis and treatment if necessary, provide the probation office access to any financial information, upon request; and submit to a search of his person, residence, office or vehicle based on reasonable suspicion, of contraband or evidence of a violation of supervised release. A special monetary assessment in the amount of $100.00 was also imposed. On September 18, 2006, the offender was released to the Middle District of Florida.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 2, 2006, a letter was received from United States Probation Officer Julio A. Domínguez, Middle District of Florida informing that Mr. Serrano-Goyco informed him during a home visit that he was suffering from anxiety since his release from prison due to his inability to secure employment and the medical attention that he requires. The offender also informed that he suffered a traumatic experience while incarcerated that continues to trouble him. Based on the information provided by the offender United Stated Probation Officer, USPO Domínguez offered the offender the opportunity to obtain mental health treatment to deal with the above-mentioned issues. Mr. Serrano-Goyco voluntarily agreed to this modification and as such he signed the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release.

**WHEREFORE**, in lieu of the aforementioned, it is respectfully requested that the Court modify Ms. Serrano-Goyco's conditions of supervised release to include participation in a mental health program for treatment purposes as mentioned in the attached Form 49.

In San Juan, Puerto Rico, this 22nd day of November 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Jeffrey Semidey
Jeffrey Semidey
U.S. Probation Officer
Federal Office Building Rm. 400
150 Chardón Avenue
San Juan, P.R.  00918-1741
Tel. 787-771-3631
Fax 787-766-5945
Email: jeffrey_semidey@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFIED that on November 22, 2006, I electronically filed the foregoing with the Clerk of the Court using he CM/ECF system which send notification of such filing to the following: Daniel Vaccaro, Assistant U.S. Attorney and Ramón M. González-Santiago, Esq.

At San Juan, Puerto Rico, this 22nd day of November 2006.

                                                s/Jeffrey Semidey  
                                                Jeffrey Semidey  
                                                U.S. Probation Officer  
                                                Federal Office Building Rm. 400  
                                                150 Chardón Avenue  
                                                San Juan, P.R.  00918-1741  
                                                Tel. 787-771-3631  
                                                Fax 787-766-5945  
                                                Email: jeffrey_semidey@prp.uscourts.gov