

José Gilberto Serrano
P.O. Box 452462
Kissimmee, Fl. 34745

HON. FRANCES RIOS DE MORAN
CLERK
CLEMENTE RUIZ-NAZARIO U.S. COURTHOUSE
& FEDERICO DEGETAU FEDERAL BUILDING
150 CARLOS CHARDON STREET
HATO REY, P.R. 00918