

February 27, 2008

Honorable Francisco A. Besosa, Judge
Clemente Ruiz-Nazario U. S. Courthouse &
Federico Degetau Federal Building
150 Carlos Chardon Street
Hato Rey, P.R. 00918

Judge Besosa:

This letter is intended to offer my support for the request for early termination of the federal probation term of Mr. Jose Serrano. I was Mr. Serrano's mental health counselor from February 21, 2007 through September 5, 2007. Mr. Serrano was asked to receive mental health counseling as a condition of his federal probation.

Having had the opportunity to get to know Mr. Serrano over the months of his counseling, I feel very comfortable supporting his request for early termination of his probation. I believe Mr. Serrano to be an honest, hard-working person. His primary goals seem to be to act as a good citizen and to find full-time employment. The early termination of his probation will remove an obstacle that has remained in the way of his career goals, and I see no evidence of risk or harm from such early termination.

Thank you for your attention to this letter. If any further information about is needed, please feel free to phone me at 407-957-4176.

Thank you,

Jason D. Chesnut, MS, LMHC
Licensed Mental Health Counselor,
Turning Point Counseling and Consulting, Inc.
cc: Client chart